7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Nader Zakaria Aldewick and Lori Ann Aldewick
*Debtor*

**Floorplan Xpress LLC−OK**
   Plaintiff(s)

v.

**Nader Zakaria Aldewick**
**Lori Ann Aldewick**
   Defendant(s)

*Bankruptcy Case No.*
13−44132−drd7

*Adversary Case No.*
13−04195−drd

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment is entered on Plaintiffs Complaint in the amount of $28,101.70. Plaintiffs Judgment and all other debt Plaintiff claims is owed to it by Defendants is deemed non−dischargeable in the amount of $28,101.70.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that execution on Plaintiffs Judgment shall be stayed as long as Defendants pay Plaintiff the total amount of $10,000, with payments of $200.00/month to begin on June 1, 2014, and to be made the 1st day of each month thereafter until $10,000 has been paid in full.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that when and if Defendants timely pay to Plaintiff the aforesaid $10,000, Plaintiff shall file a satisfaction of judgment in this adversary proceeding and also in the Circuit Court of Jackson County, Missouri; case #1316−CV04358.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take no further action against Defendants to collect on Plaintiffs Judgment so long as Defendants are in compliance with the terms of the above payment plan.

Ann Thompson
Court Executive

By: /s/ Beth Graham
       Deputy Clerk



Date of issuance: 5/2/14

Court to serve